ASTRIDE PARDI and Another v. J. J. FISHER Co., INC., and CITY OF NEW YORK

and Others.— Motion to dismiss appeal denied, with leave to renew after determination by this court of the appeal pending in *Arrow Iron Works, Inc.,* v. *Bank of Yorktown.* Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.